No. 89–6616. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6617. SAEID v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6623. O'NEILL v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–6625. MILLINES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6630. JAMESON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6631. WILLIAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–6632. DYER v. EVITTS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–6638. MILLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6639. KIM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–6641. BRAGGS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6642. DOOLAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6643. FRANKLIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6649. MARTINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6652. BROWN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 89–6658. EDWARDS v. WALLACE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.